## The B. Claflin Co. v. Charles B. Kelly, Assignee of A. C. Mills & Co.

1. FORMER DECISION—See Claflin v. Kelly, Assignee, etc., 64 Ill.
App. 525.

Voluntary Ass'gnments.—Appeal from the County Court of Cook
County; the Hon. ORRIN N. CARTER, Judge, presiding. Heard in this
court at the March term, 1896. Affirmed. Opinion filed June 11, 1896.

JAMES A. FULLENWIDER, attorney for appellant.

EDWARD S. ELLIOTT, attorney for appellee; ALDRICH, REED,
BROWN & ALLEN, of counsel.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE
COURT.

This case is in all respects so similar to Claflin Co. v.
Kelly, assignee of the Imperial Hotel Co., 64 Ill. App., that
the opinion filed therein is applicable to this case.

Without giving further reasons, the judgment of the
County Court is affirmed.